# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTIE FAITH MATLOCK,** )<br> **Plaintiff,** )<br> )<br>**vs.** )<br> )<br>**KILOLO KIJAKAZI,** )<br>**Commissioner of Social Security,**[1] )<br> **Defendant.** ) | **Civil No. 21-cv-078-P** |

## ORDER

Defendant, the Commissioner of Social Security (Commissioner), has filed an

unopposed motion with this Court (ECF No. 15), pursuant to 42 U.S.C. § 405(g), to enter

a judgment with an order of reversal with remand of the case to the Commissioner for

further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or

reversing the Commissioner's decision with remand in Social Security actions under

sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for

remand of this action for further proceedings, this Court hereby **REVERSES** the

---

[1]Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be
substituted, therefore, for Andrew Saul as the defendant in this suit. No further action
need be taken to continue this suit by reason of the last sentence of section 205(g) of the
Social Security Act, 42 U.S.C. § 405(g).

Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to

the Commissioner for further administrative proceedings.[1]  *See Shalala v. Schaefer*, 509

U.S. 292 (1993).

 Dated this ___26th___ day of ____July_, 2021.


 GARY M. PURCELL
 UNITED STATES MAGISTRATE JUDGE

---

[1]The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.